IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| **DERRICK LANE and EURICA LANE,**<br><br>*Plaintiffs,*<br><br>**v.**<br><br>**PRODUCT PARTNERS, LLC d/b/a BEACHBODY.COM, LIFELINE INTERNATIONAL, INC., and SCHUMACHER & BEUTEL, INCORPORATED d/b/a FITNESS MANUFACTURING PARTNERS,**<br><br>*Defendants.* | *Civil Action No.* CV509-048 |

**DEFENDANT SCHUMACHER & BEUTEL, INCORPORATED
d/b/a FITNESS MANUFACTURING PARTNERS'
ANSWER TO PLAINTIFFS' COMPLAINT**

**NOW COMES** SCHUMACHER & BEUTEL, INCORPORATED d/b/a FITNESS MANUFACTURING PARTNERS, a Defendant herein, and files its Answer to the Plaintiffs' Complaint as follows:

FIRST DEFENSE

This Court lacks personal jurisdiction over this Defendant.

SECOND DEFENSE

Venue is improper as to this Defendant.

THIRD DEFENSE

Plaintiff Derrick Lane was negligent, and Plaintiff Derrick Lane's negligence bars the Plaintiffs' recovery herein.

## FOURTH DEFENSE

Plaintiff Derrick Lane assumed the risk of his alleged injuries and damages, and Plaintiff Derrick Lane's assumption of the risk bars the Plaintiffs' recovery herein.

## FIFTH DEFENSE

Defendant answers the numbered paragraphs of the Plaintiffs' Complaint as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations that Product Partners, LLC is an alien or foreign corporation and may be sued in any District.  Defendant denies the remaining allegations of paragraph 6.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations that Lifeline is an alien or foreign corporation and may be sued in any District. Defendant denies the remaining allegations of paragraph 12.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 14.

15. Defendant denies that it maintains its principle place of business at 1500 S. Western Avenue, #4CN, Chicago, Illinois 60608. Defendant admits the remaining allegations of paragraph 15.

16. Defendant admits the allegations of paragraph 16.

17. Defendant denies the allegations of paragraph 17.

18. Defendant denies the allegations of paragraph 18.

19. Defendant denies the allegations of paragraph 19.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations that Lifeline sold the handle and other products to Beachbody, that Beachbody then advertised the sale of its final product in Georgia and sold this product to Derrick Lane in Waycross, Georgia, and that Derrick Lane was injured while using the handle while in his home in Waycross, Georgia. Defendant denies the remaining allegations of paragraph 20.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 21.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 22.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 23.

24. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations that included with the materials and products shipped by Product Partners, LLC to Derrick Lane in Waycross were three bands and two handles, that Lifeline shipped the bands and handles to Beachbody, and that Beachbody added its name to the product and various discs and literature and then sold same to Derrick Lane in Georgia. Defendant denies the remaining allegations of paragraph 24.

25. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 25.

26. Defendant denies that Derrick Lane received any safety and care instructions from it. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 26.

27. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27.

28. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28.

29. Defendant denies that it manufactured or designed the handles or holders. Defendant admits the remaining allegations of paragraph 29.

30. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 30.

31. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 31.

32. Defendant incorporates herein by reference its defenses to the Plaintiffs' Complaint and its answers to paragraphs 1 through 31.

33. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33.

34. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 34.

35. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35.

36. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 36.

37. Defendant incorporates herein by reference its defenses to the Plaintiffs' Complaint and its answers to paragraphs 1 through 36.

38.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 38.

39.     Defendant incorporates herein by reference its defenses to the Plaintiffs' Complaint and its answers to paragraphs 1 through 38.

40.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 40.

41.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 41.

42.     Defendant incorporates herein by reference its defenses to the Plaintiffs' Complaint and its answers to paragraphs 1 through 41.

43.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 43.

44.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 44.

45.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 45.

46.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 46.

47.     Defendant incorporates herein by reference its defenses to the Plaintiffs' Complaint and its answers to paragraphs 1 through 46.

48.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 48.

49. Defendant incorporates herein by reference its defenses to the Plaintiffs' Complaint and its answers to paragraphs 1 through 48.

50. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 50.

51. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 51.

52. Defendant incorporates herein by reference its defenses to the Plaintiffs' Complaint and its answers to paragraphs 1 through 51.

53. Defendant denies the allegations of paragraph 53.

54. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegation that Derrick Lane's use of the handles and band on 1/15/08 was a foreseeable and designed use. Defendant denies the remaining allegations of paragraph 54.

55. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 55.

56. Defendant denies the allegations of paragraph 56.

57. Defendant incorporates herein by reference its defenses to the Plaintiffs' Complaint and its answers to paragraphs 1 through 56.

58. Defendant denies the allegations of paragraph 58.

59. Plaintiffs' Complaint does not contain a paragraph 59.

60. Defendant incorporates herein by reference its defenses to the Plaintiffs' Complaint and its answers to paragraphs 1 through 59.

61. Defendant denies the allegations of paragraph 61.

62. Defendant denies the allegations of paragraph 62.

63. Defendant incorporates herein by reference its defenses to the Plaintiffs' Complaint and its answers to paragraphs 1 through 62.

64. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegation that at the time of Derrick Lane's alleged injury, and at the present time, Derrick Lane is married to Eurica Lane. Defendant denies the remaining allegations of paragraph 64.

65. Defendant incorporates herein by reference its defenses to the Plaintiffs' Complaint and its answers to paragraphs 1 through 64.

66. Defendant denies the allegations of paragraph 66.

67. Defendant denies the allegations of paragraph 67.

Defendant requests a jury trial.

Defendant denies all allegations of the Plaintiffs' Complaint not previously admitted, denied, or neither admitted nor denied for lack of knowledge or information sufficient to form a belief as to the truth of the allegations.

**WHEREFORE**, having fully answered the Plaintiffs' Complaint, the Defendant prays to be dismissed without costs and have such other and further relief as the Court deems just and proper.

This 6th day of October, 2009.

/s/ G. Mason White
G. Mason White
State Bar No. 754581
James D. Kreyenbuhl
State Bar No. 429717
*Attorneys for Defendant Schumacher & Beutel, Incorporated d/b/a Fitness Manufacturing Partners*

**BRENNAN, HARRIS & ROMINGER LLP**
Post Office Box 2784
Savannah, GA  31402
(912) 233-3399
F:\HARTFORD\Schumacher & Beutel, Inc\Answer.wpd

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2009, I electronically filed DEFENDANT SCHUMACHER & BEUTEL, INCORPORATED d/b/a FITNESS MANUFACTURING PARTNERS' ANSWER TO PLAINTIFFS' COMPLAINT with the Clerk of the Court using the CM/ECF system as well counsel for all parties which follow:

> Wilbur D. Owens, III, Esq.
> Lewis Owens & Mulherin
> Post Office Box 13368
> Savannah, Georgia 31416-3368
>
> W. Kerry Howell, Esq.
> Lumley & Howell, LLP
> 350 Second Street
> Macon, Georgia 31201
>
> Roy E. Paul, Esq.
> Bouhan, Williams & Levy, LLP
> Post Office Box 2139
> Savannah, Georgia 31402-2139

This 6th day of October, 2009.

> Respectfully submitted,
>
> /s/ G. Mason White
> G. Mason White
> P.O. Box 2784
> Savannah, Georgia 31402
> Phone: (912) 233-3399
> Fax: (912) 236-4558
> E-mail: gmw@bhrlegal.com
> State Bar No. 754581
>
> James D. Kreyenbuhl
> P.O. Box 2784
> Savannah, Georgia 31402
> Phone: (912) 233-3399
> Fax: (912) 236-4558
> E-mail: jdk@bhrlegal.com
> State Bar No. 429717